# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KARA LEE SANCHEZ, | Civil No. 2:17-CV-00148-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings, including a *de novo* hearing, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) to:

1) Reevaluate the medical evidence and medical opinions of record dealing with Claimant's ankylosing spondylitis;

2) Reassess Claimant's ankylosing spondylitis at step three;

3) Reevaluate Claimant's residual functional capacity as necessary;

4) Reassess Claimant's past relevant work; and

Page 1    ORDER - [2:17-CV-00148-RAJ]

5) Reassess, as warranted, Claimant's ability to perform other work in the national economy at step five.

Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 17th day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge