U.S. DISTRICT COURT JUDGE RICHARD. A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KARA LEE SANCHEZ,<br><br>*Plaintiff*,<br><br>*v.*<br><br>NANCY BERRYHILL, Acting Commissioner, Social Security Administration<br><br>*Defendant*. | Case No. 2:17-CV-00148- RAJ<br><br>ORDER FOR EAJA FEES, COSTS AND EXPENSES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $11,365.10 and expenses in the amount of $20.04 (for postage) be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010); and $5.00 in costs (for paper) shall be awarded pursuant to 28 USC 1920.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and the check for expenses shall be made payable to

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:17-CV – 00148-RAJ

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

Plaintiff's attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

>Law Office of Nancy J.Meserow
>7540 S.W. 51st Ave.
>Portland, OR
>97219

Whether the check is made payable to Plaintiff, or to her attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the address as indicated *supra*.

Dated this 13th day of October, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:17-CV – 00148-RAJ

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788