|   |   |
|---|---|
| | THE HONORABLE RICHARD A. JONES |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARA LEE SANCHEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>*Defendant*. | Case No. 2:17-CV-00148- RAJ<br><br>ORDER ALLOWING PLAINTIFF TO FILE AMENDED MOTION FOR ATTORNEY FEES PURSUANT TO 406(B) (Dkt. #33) |

Having reviewed Plaintiff's Request to file an Amended Motion for Attorney Fees, and considering that Defendant stipulates and does not object to said filing, the Court allows the Amended Motion to be filed.

IT IS HEREBY ORDERED AS FOLLOWS: Plaintiff's counsel, Nancy J. Meserow, is allowed to file an Amended Motion for 406(b) Attorney Fees (Dkt. #33.)

Dated this 6th day of November, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER Allowing Amended Motion for 406(b) fees,
2:17-CV – 0018-RAJ

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219
(503) 560-6788