THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARA LEE SANCHEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>*Defendant*. | Case No. 2:17-CV-00148- RAJ<br><br>~~PROPOSED~~ ORDER FOR ATTORNEY FEES UNDER 42 U.S.C 406 (B)<br>(AMENDED) |

Pursuant to U.S.C. § 406(b), the Court determines and allows as part of it's judgment $14,078.75 as a reasonable fee for attorney Nancy J. Meserow's representation of Plaintiff in this proceeding. The Commissioner shall certify $14,078.75, less EAJA fees previously paid in the amount of $11,365.10, for a net amount of $2,713.65, for payment to Plaintiff's attorney Nancy J. Meserow out of, and not in addition to, the amount of past-due benefits to which the claimant is entitled by reason of the Court's judgment.

IT IS HEREBY ORDERED AS FOLLOWS: Plaintiff's counsel, Nancy J. Meserow, is allowed $14,078.75, less EAJA fees previously paid for a net fee of $2,713.65, out of Plaintiff's past-due benefits pursuant to 42 U.S.C. 406(b)(1)(A).

ORDER FOR 406(b) fees, Sanchez v Com. Soc. Sec.
2:17-CV – 0018-RAJ

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

1 | Any check issued in satisfaction of this order shall be payable to Nancy J. Meserow at the
2 | following address:
3 |     Nancy J. Meserow
    Law Office of Nancy J. Meserow
4 |     7540 SW 51st Avenue
    Portland, OR 97219

6 | Any withheld amount then remaining should be released to Plaintiff by Defendant as
7 | soon as practicable.

    Dated this 6th day of November, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

---

ORDER FOR 406(b) fees, Sanchez v Com. Soc. Sec.
2:17-CV – 0018-RAJ

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219
(503) 560-6788